618 A.2d 349

IN THE MATTER OF LARRY A. CHAMISH,
AN ATTORNEY AT LAW.

February 2, 1993.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that LARRY A. CHAMISH of WATCHUNG, who was admitted to the Bar of this State in 1983, and who was suspended from the practice of law for a period of six months, effective July 6, 1992, by Order of this Court dated June 11, 1992, be restored to the practice of law, effective immediately.